US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 15 2022

By        JAMIE GIANI, Clerk

Deputy Clerk

In the United States District Court
Western District Of Arkansas
_____ Division

Michael Joseph McGrath
ADC# 553770

*(In the space above enter your full name and Prison ID Number, if any.* **Do not include your Social Security Number**).

-against-

Keysha Phelps
Jason Massey
Darrell Elkins

_____

_____

*(In the space above enter the full name of each Defendant)*

Case

No. 2:22-CV-02003 PKH
(To be filled out by Clerk's Office only)

**COMPLAINT**

*(Pro Se Prisoner)*

Jury Demand?
☐ Yes
☐ No

---

### NOTICE

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

---

### I.    PLAINTIFF INFORMATION

Michael Joseph McGrath
Name (First, Middle, Last)                                    Aliases

553770
Prisoner ID #, if any

ADC - Wrightsville Unit, Wrightsville, Ar. 72183
Place of Detention or Incarceration

P.O. Box 1000
_____
Address (*If detained, facility address*)

Pulaski, Wrightsville     Arkansas     72183
_____
County, City          State        Zip Code

## II.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee

☑ Convicted and serving a sentence. Provide Date of Conviction   9-16-2021.

☐ Other. Explain: _____

_____

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:    Phelps, Keysha
_____
Name (Last, First)

Jail Administrator
_____
Current Job Title

201 S. Lowder St
_____
Current Work Address

Logan, Paris,    Ar.      72855
_____
County, City         State       Zip Code

Defendant 2: Massey, Jason
Name (Last, First)

Logan County Sheriff
Current Job Title

201 S. Lowder st.
Current Work Address

Logan, Paris,       Ar.              72855
County, City                State              Zip Code


Defendant 3: Elkins, Darrell
Name (Last, First)

(Facility Health Care Provider)
Current Job Title

201. S. Lowder St.
Current Work Address

Logan, Paris,       Ar.              72855
County, City                State              Zip Code


Defendant 4: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City                State              Zip Code

## IV.   STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence:  E-Pod (Quarentine)

Date(s) of occurrence:  Jan 10th 2021 to Feb 25th 2021

Name of Each Defendant Involved:

Keysha Phelps
Jason Massey
Darrell Elkins

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

denial of Medical Care 8th + 14th Admentment rights

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

I was booked in to Logan County Jail on Jan. 8th 2021. I had been an Inmate there on several Pryor Occasions.

**What happened to you?**

They were Aware and I reiterated my Medical issues. The State Police brought my Meds in and my wife Brought the rest. I was denied my Epilepsy Medication. and around Jan 10th had my First Seizure. I was

still denied My Medication and After a few More Setiures and After being denied Emergency Medical, The Inmates in My Cell block Threatened to riot. The shift Sgt dona Duke finally Convinced The Facility health Personell and the Jail Administrator to let Me have My Medication. I Was hurt with a concussion Bleeding Black eye and Bleeding. I Asked Them To Take Pictures and They wouldnt. I told Them that I was Dizzy and Nauseated and Asked For Emergency Medical Evaluation I was Told No (The Dr.) but given Ibuprofen

**Who did what?**

**How were you injured?**

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

 Both Official and Individual capacity

_**If you are asserting an official capacity claim,**_ _please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights._

Facility Wide indifference to Serious Inmate Medical issues. Poor Moral Ethics Within The Administration. Lack of Adherence to Policy or complete disregard for the Same. Medical MalProctice, Negligence. Failure of Proper Oversight By Upper Management

**Claim Number 2:**

**Place(s) of occurrence:**      Bookings Cells "Med Watch" and B-6 cell

Date(s) of occurrence: Feb 25th — March 5th 2021

Name of Each Defendant Involved:

Darrell Elkins
Keysha Phelps
Jason Massey

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Denial of Medical care, 8th Admenstment Clause
Prohibiting Cruel and unusual Punishment
right TO An Attourney before Questioning As I had ask
Involced such

*State here briefly the FACTS that support your case. Describe how EACH DEFENDANT was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: After the events leading to My first Claim
Due to Negligence and Poor Policy and Procedure
I would Seldom recieve the Correct Medication or
dose, and I had More Seizures. Around the end
Of Feb. I was Accused of Possing Meds and I
was Questioned. I refused to Answer and Asked for My
lawyer. The remark was Made by Sgt. Delker that "I only did
that Couse I was Guilty "I was first Placed in Admin
Seg. Then Moved up front to a Makeshift Med Watch
Cell. The Jt. Questioned Me (Darrell Elkins Questioned Me)
Before I was Put in it. He wanted to klow what
it was I Possed. I said I Passed No Medication. He said
Then he was Placing Me in Med Watch and I would
recieve No Medications. I laughed at him couse he
should klow verry well the Significant risk to My
Life That would Be, I Told him "you Just go ahead
and do that" And Page 6 of 11 So he did Just that to
My Astonishment.

**What happened to you?**

**Who did what?**

**How were you injured?**

Continued on reverse Side For lack of Material

Case 6, of 14

Present at this time were Facility Health Care Provider Darrell Elkins Jail Administrator Keysha Phelps, Shift Sgt Garret Hooks CO. Grayson Hooks and The Two female C.O's I only know as Ashley and Audrey. Everything that ever happened in this facility was on camera and likely with Audio. So on Feb 27th 2021 I was placed in Med watch and on Feb 28th 2021 had my first seizure. due to their gross indifference. I urinated and deficated on myself while convulsing and was Hurting bad. I made them All Aware That The sheriff is ultimately responsible cause he is The Head executive of This Institution and I wanted too Him To be Aware and I wanted To talk to him. I will Admit that due to my mental and physical exaustion That Im Not Entirely sure but I believe that I wasnt Given Medication at All until around 7:00 P.M. The Next day March 1st and had around 5 seizures or More. The officers subordinate To keysha phelps were Sympathetic and did All They believed they could To help me but would Not go Against The Health professional's Advice. I had No Access to Phone, Mail, Greivance, or any way Except through the officers to Get Any kind of help. I had requested emergency medical several Times but was refused on The facility Health care Advice. finally on March 1st The Dr. Elkins relented and Allowed me to recieve my medications. I was made to wait Till Normal medication time and had Seizures before that came. This was done as Punishment To me for Not Cooperating and using my Constitutional right to Not Self Incriminate. It was a clear violation of my 8th Admendment cruel and Unusual Punishment Clause. I was under a Campaign Of harrassment and feel Betrayed By a Country I swore Oath to Deffend. I Put in over 90 Greivances In Them I asked To Talk To The Arkansas State Police or Internal Affairs, The Sheriff and More. There are Many witthesses its All On camera I made an extensive Papertrail whenever I had Access to a way to do so. I lost Trust for All law enforcement and Im suffering from Exaccerbated Mental illness and even Now I Am Having trouble Getting Proper Treatment.

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐    Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐    Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

■    Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

Dilliberate indifference, Failure of oversight at executive levels, Medical Malpractice and Negligence. Adsence of Moral ethics within The The Institution. lack of Moral Ethics Training. lack of Competent Responsable Leardership Failure To enforce Institutional rules ald regulations

**Claim Number 3:**

Place(s) of
occurrence:    Logan County Jail Pod C-6

Date(s) of occurrence:    June 2nd

Name of Each Defendant Involved:

Keysha Phelps
Jason Massey

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

8th Admendment Cruel and uhusual Pulishment Clouse. Uhited Nations laws Prohibiting Torture Conffinement ahd restrant ih a federally Illegal Way

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

On June 2ⁿᵈ 2021, I was slow moving from one cell to another which ordered, I was manhandled and Tazed

<table>
<tr><td>What happened to you?</td></tr>
</table>

Cause I was slow, Albeit I was Insolent as well, and was Put in a restraint chair In such a way That was not intended for its use and as such a

<table>
<tr><td>Who did what?</td></tr>
</table>

violation of federal law. I was cuffed in a way That Completely cut off circulation to my hands. This was supervised by Keysha Phelps who was also The one who Tazed me. I screamed for 2 hrs begging for the illegally Placed Cuffs to be loosened till

<table>
<tr><td>How were you injured?</td></tr>
</table>

Finally the other Inmates Threatened To riot and The officers Came in and loosened them. I lost feeling in my Right thumb for a month. Also while This was going on Keysha Phelps had Personally went Through my Property and Threw away Much of what I had Paid Money for on Commissary

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

■ Both Official and Individual capacity

_If you are asserting an official capacity claim,_ please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

Campaign of Harrassment. Cruel and Unusual Punishment. using equipment in a way Not intended by Manufacturer as a way To torture

and punish, poor moral and ethical Education.
Climate Inducive to Gross Mistreatment of
Ilmates due to lack of oversight and a Belief That
They Cannot Be Punished out wire Powerless

**V.    RELIEF**

*If you are asking for money damages from the named Defendant(s), indicate below the types of
damages you are seeking:*

☑   Compensatory damages (money damages designed to compensate for injuries, such as
physical pain and suffering, etc., that are caused by the deprivation of constitutional
rights).

☑   Punitive damages (designed to punish a defendant for engaging in misconduct and to
deter a Defendant and others from engaging in such misconduct in the future).

☑   Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.
If you are requesting money damages, include the amounts of any actual damages and/or punitive
damages you are claiming.  Explain why you believe you are entitled to those damages.*

30,000,000.00 Thats 10 million Per Claim
For Pain suffering, physical and Mental
Abuse and enough to be Noted as, NOT a,
"Slap on the Wrist" to help ensure the punishment
is a deterent from further misconduct on
such a Scale. Hopefully This will help to ensure
that they dont Neglectfuly Murder anyone in the
future as could verry well hot been done to Me.
All life is Priceless. I Also Ask That My
sentences Be Vacated as I suffered Quite enough
And I request That The F.B.I. investigate
The logan County Detention Center on relative
Criminal Charges and All Alletged Misconduct
From 2015 - 2022 Especially All Srievances involving
Darrell Elmiks and Keyshe Phelps, IM Entitled This
Case I Am worth More Then the Amount
I Wrote to My family and loved ones

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?                        ☐ Yes    ☒ No

       If yes, how many?    _____

Have you brought any other lawsuits in state or federal court **dealing with**    ☐ Yes    ☒ No
**the same facts as this case**?

       If yes, how many?    _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**



_____

_____

_____

_____

_____

_____

_____

## VII.    PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

7th April 2022
Dated

Plaintiff's Signature

Michael J. McGrath
Printed Name (First, MI, Last)

553770
Prison Identification #, if any.

P.O. Box 1000    Wrightsville    Ar    72183
Prison Address          City              State      Zip Code

Michael McGrath SS3770
ADc-Wrightsville Unit
P.O. Box 1006
Wrightsville, Ar. 72183-1000



quadient
CORRECTION
IMI
$000.20⁰
04/12/2022 ZIP 72183
043M31225620

US POSTAGE



★ USA ★ FOREVER ★

United States Dist...
Office of the Clerk
30 S. 6th St Room 1038
Fort Smith Ar 72901-2437

7290182437 ccc2



4/11/22

1-11-22

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019