UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL JOSEPH McGRATH                                                                          PLAINTIFF

v.                                              No. 2:22-cv-02003

KEYSHA PHELPS, et al.                                                                        DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 50) from Chief United States Magistrate Judge Mark E. Ford. Plaintiff filed objections (Doc. 52). The Chief Magistrate Judge recommends that Plaintiff's complaint be dismissed for failure to prosecute and failure to comply with court orders. (Doc. 50, p. 4). Plaintiff objects that he has attempted to prosecute his case, but says that he has lost documents when moving, sent updates to the Court which were never delivered, and failed to receive certain filings in this matter. (Doc. 52, pp. 1–2). Even if this is the case, Plaintiff does not dispute that he received an order to respond to Defendants' motion for summary judgment (Doc. 44; *see also* Doc. 46), successfully requested an extension of his response deadline to June 1 (Docs. 46, 47), and has yet to respond to Defendants' motion. This constitutes failure to prosecute and failure to comply with an order of the Court, both of which are grounds for dismissal under Federal Rule of Civil Procedure 41(b). Accordingly, the report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 20th day of July, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE